

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| MRC Permian Company | | |
| | § | No. 08-19-00124-CV |
| Appellant/Cross Appellee, | § | Appeal from the |
| v. | § | 143rd District Court |
| Point Energy Partners Permian LLC; | § | of Loving County, Texas |
| Holland Acquisitions, Inc., d/b/a Holland Services; TJ Bar, LLC; Tubb Memorial, an Oregon Limited Partnership; PlainsCapital | § | (TC# 17-06-869) |
| Bank, Trustee for the Debora Jackson Revocable Trust; Bank of America N.A., | § | |
| Trustee for the Janelle Jackson Marital Trust Part M2, Janelle Jackson Marital | § | |
| Trust Part M1, and Family Credit Shelter Trust Part B; Vortus Investment Advisors, | § | |
| LLC; John Sabia; and Bryan Moody, | § | |
| Appellees/Cross Appellants. | § | |
| | § | |

**O R D E R**

Pending before the Court are the petition and cross-petition for permissive appeal. *See* TEX.R.APP.P. 28.3. The petitions are GRANTED. Pursuant to Rule 28.3(k), a notice of appeal is deemed to have been filed by Appellant and Cross-Appellants on the date of this order and the appeal will be governed by the rules applicable to accelerated appeals. Appellant and Cross-Appellants are directed to take all necessary steps to cause the appellate record to be filed. *See*

1

TEX.R.APP.P. 34.5, 34.6.  The clerk's record and the reporter's record, if any, are due to be filed no later than June 1, 2019.  The Clerk of the Court shall file a copy of this order with the trial court clerk.  *See* TEX.R.APP.P. 28.3(k).

IT IS SO ORDERED this 22nd day of May, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.